IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL ZAHIR, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br> President of the United States, ) <br> *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-CV-1623 (RWR) <br> (consolidated with 05-CV-1236 (RWR)) |

**NOTICE OF SUBMISSION OF CLASSIFIED VERSIONS OF
RESPONDENTS' RESPONSE TO ORDER TO SHOW CAUSE**

NOTICE is hereby given that, pursuant to the July 8, 2005 docket entry in Abdulzaher v. Bush, No. 05-CV-1236 (RWR),[1] entitled "Order Directing Respondent to Show Cause," directing respondents to "file and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue," respondents on this date have submitted through the Court Security Officers the classified versions of respondents' response to the Court's Order to Show Cause pertaining to petitioner Abdul Sahir (listed in the petition as Abdul Zahir). Prior to counsel's entry of appearance on behalf of petitioner Abdul Sahir in the Abdulzaher case, pursuant to the Court's Order Directing Respondent to Show Cause, respondents submitted only the portion of the response suitable for public release and a classified version of the response to the Court for *in camera* review. See Respondents' Response to Order to Show Cause and Notice of Submission Under Seal in Abdulzaher v. Bush, No. 05-CV-1236 (RWR) (dkt. no. 9). Now

---

[1] On November 22, 2005, the Court ordered that Abdulzaher v. Bush, No. 05-CV-1236 (RWR) be consolidated with Zahir v. Bush, No. 05-CV-1623 (RWR), both cases having been filed by or on behalf of a single individual detained at Guantanamo Bay.

that petitioner is represented by counsel who have obtained security clearance and submitted appropriate acknowledgment of the Protective Order, a classified version of the response, containing information suitable for disclosure to counsel under seal, is being made available to that counsel, consistent with the Protective Order.  See Protective Order and Procedures for Counsel Access to Petitioner at the United States Naval Base in Guantanamo Bay, Cuba (dkt. no. 7).  Respondents are also resubmitting a classified version of the response to the Court for *in camera* review, which now contains highlighting, explained therein, consistent with the Court's Order for Specific Disclosures Relating to Respondents' Motion to Designate as "Protected Information" Unclassified Information and Petitioners' Motion for Access to Unredacted Factual Returns, entered on December 8, 2004 by Judge Green in the coordinated cases.[2]

Dated:  October 2, 2006                    Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

                                           DOUGLAS N. LETTER
                                           Terrorism Litigation Counsel

---

[2] On December 30, 2005, the Detainee Treatment Act of 2005, Pub. L. No. 109-148, tit. X, 119 Stat. 2680 ("the Act"), became law.  The Act, among other things, amends 28 U.S.C. § 2241 and creates an exclusive review mechanism in the D.C. Circuit, applicable to pending cases, to address the validity of the detention of aliens held by the Department of Defense as enemy combatants at Guantanamo Bay, Cuba.  The effect of the Act on cases such as this, i.e., the extent to which the vesting of exclusive review in the Court of Appeals deprives this Court of jurisdiction to proceed, remains pending before the Court of Appeals, and the impact of the Supreme Court's recent decision in Hamdan v. Rumsfeld, 548 U.S. ___, 126 S. Ct. 2749 (2006), on that and other issues is the subject of supplemental briefing in the Court of Appeals that was completed on August 15, 2006.  In light of this, a stay of all proceedings in this case is appropriate pending the resolution of the effect of the Act.  Notwithstanding these developments, however, respondents hereby submit classified versions of respondents' response to the Court's July 8, 2005 Order Directing Respondent to Show Cause.

    /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents