CLEARED FOR FILING BY ECF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULZAHER, aka ABDUL ZAHIR, )<br>　　　　Petitioner,　　　　　)<br>　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>GEORGE W. BUSH,　　　　　　)<br>President of the　　　　　　　　)<br>United States *et al.*,　　　　　　)<br>　　　　Respondents.　　　　　) | Civil Action No. 05-CV-1623 (RWR),<br>Misc. No. 08-442 (TFH) |

### PETITIONER ABDULZAHER'S STATUS REPORT

Responding to the Court's order of July 11, 2008, Petitioner Abdulzaher files the following status report.

1. Petitioner is detained at the Naval Base at Guantanamo. Counsel believes that he has not been cleared for transfer.

2. On June 24, 2005 Petitioner personally wrote a letter to this Court, which was treated as petition for a writ of habeas corpus and filed as such in docket no. 1:05-cv-01236 (RWR).

3. On August 12, 2005 the undersigned counsel, unaware of the Petitioner's letter, filed on his behalf a petition for a writ of habeas corpus in docket no. 1:05-cv-10623 (CKK).

4. On September 22, 2005 the Court ordered the Respondents to provide the Court and counsel with thirty days advance written notice of any transfer or removal of the Petitioner from United States custody at Guantanamo Bay;

5. Counsel notified the Respondents of the duplicate filing, and on November 22, 2005:

   a. docket no. 1:05-cv-01236 was consolidated with docket no. 1:05-cv-01623;

   b. docket no. 1:05-cv-01236 was closed; and

   c. the court directed that all filings with this Court be filed only under docket no. 1:05-cv-01623.

6. On December 14, 2005 the standard Guantanamo Detainee Cases Protective Order was entered in this case.

7. On December 23, 2005 this case was stayed and administratively closed.

8. On October 20, 2006 the Respondents filed what they called " the classified versions of respondents' response to the Court's Order to Show Cause pertaining to petitioner." This consists of substantially redacted copies of proceedings held before Petitioner's Combatant Status Review Tribunal. Petitioner's Counsel has reviewed this response.

9. There have been no other proceedings in this case.

10. Petitioner was the subject of a military commission trial in 2006. These military commissions were held to be invalid in Hamdan v. Rumsfeld, 126 S.Ct. 2749 (2006). Petitioner has not been charged before a military commission created by the Military Commissions Act of 2006.

Respectfully submitted July 16, 2008.

         ABDULZAHER a/k/a/ ABDUL ZAHIR

    by: _____
      Robert A. Gensburg
      Attorney for Abdulzaher
      Federal Bar ID #000243107
      P. O. Box 248
      St. Johnsbury, VT   05819-0248
      Telephone:   (802) 748-5338
      Facsimile:   (802) 748-1673
      Email:        bob@neklaw.net

cc: Andrew Warden, Esq.
   Trial Attorney
   Department of Justice
   Civil Division
   Federal Programs Branch
   20 Massachusetts Avenue, NW
   Washington, D.C.   20530